**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

FREDRICK L. EVANS,

      Petitioner,

v.                                  CASE NO.  3:14cv114/MCR/EMT

JULIE L. JONES,

      Respondent.

_____/

## O R D E R

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 12, 2015.  (Doc. 20).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.      The petition for writ of habeas corpus (doc. 1) is **DENIED**.

      3.      A certificate of appealability is **DENIED**.

      **DONE AND ORDERED** this 13th day of April 2015.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**